**Appeal Dismissed and Opinion Filed October 22, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01171-CV

## IN THE INTEREST OF H.I.A., C.G.A., AND C.C.A.

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-52676-2009**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Lang

Mother filed this appeal on August 22, 2013. Two weeks later, a September 4, 2013 e-mail from Mother to a Collin County deputy clerk was filed in the Court. In the e-mail, Mother stated she would "no longer appeal." By letter dated September 19, 2013, we informed Mother that we would construe the e-mail as a motion to dismiss the appeal unless, within ten days, she notified the Court that she intended to pursue the appeal. *See* TEX. R. APP. P. 42.1(a)(1). To date, Mother has not communicated with the Court. Accordingly, we grant the motion and dismiss the appeal. *See id.*

131171F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.I.A., C.G.A.,
AND C.C.A.

No. 05-13-01171-CV

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-52676-2009.
Opinion delivered by Justice Lang.  Justices
Moseley and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Cleve Ammons recover his costs, if any, of this appeal from appellant Kara McClung-Ammons.

Judgment entered this 22nd day of October, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE